# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.:  11−36050−DHS
        Chapter:  13
        Judge:  Donald H. Steckroth

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Ayal Rosenthal
  aka Eyal Rosenthal
  98 Walnut Drive
  Tenafly, NJ 07670

Social Security No.:
  xxx−xx−6246

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:        11/9/11
Time:        09:00 AM
Location:     Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: September 2, 2011
JJW: dmc

                   James J. Waldron
                   Clerk, U. S. Bankruptcy Court

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                          Case No. 11-36050-DHS
Ayal Rosenthal                                                  Chapter 13
      Debtor
                               CERTIFICATE OF NOTICE
District/off: 0312-2          User: dchrzano              Page 1 of 1         Date Rcvd: Sep 02, 2011
                              Form ID: 132                Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 04, 2011.
db           +Ayal Rosenthal,    98 Walnut Drive,    Tenafly, NJ 07670-2830
smg          +U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,   Newark, NJ 07102-2523
512330249     Daniel Management Company,    Ella Holdings,    66 Kafney Nesharim St.,   Jerusalem, Israel 95465
512330254    +Efrat Rosenthal,    98 Walnut Drive,    Tenafly, NJ 07670-2830
512330250    +Hernstadt Atlas, LLP,    11 Broadway, Ste. 605,    New York, NY 10004-1490
512330251     Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
512330252    +Oren Rosenthal,    7162 Beverly Blvd., Ste. 150,    Los Angeles, CA 90036-2547
512330253    +Points of Colorado, Inc.,    Attn.: Starwood Vacation Ownership, Inc.,   8801 Vistana Centre Drive,
               Orlando, FL 32821-6354
512330256     Shlomo Sixt Car Leasing,    New Coppel - Shlomo Sixt,    22 HaYetsira St.,   Petah Tikva, 49512,
               Israel

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 02 2011 22:28:58    United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
512330255    +E-mail/Text: secbankruptcy@sec.gov Sep 02 2011 22:28:57    Securities & Exchange Commission,
               SEC Headquarters,   100 F Street NE,   Washington, DC 20549-2001
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 04, 2011**            **Signature:** *Joseph Speetjens*